

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/19/2017 10:30 AM

COURTROOM Room 4-117

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:16-bk-06499-FMD | Chapter 7 | 06/22/2017 |
| **ADVERSARY:** 9:17-ap-00505-FMD | | **Pltf Atty:** Robert E Tardif, Attorney for Trustee |
| | | **Dft Atty:** Richard J. Hollander |
| **DEBTOR:** Chris E Carhart | | |

**HEARING:**

Tardif, Jr. v. Carhart

Pretrial Conference

**APPEARANCES::** Bob Tardif, Richard Hollander

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Pretrial Conference -   Continued to 11/16/2017 at 10:30 am - enter pretrial conference order   - O/ Case Manger
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.