UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS   DIVISION

In re:
CHRIS E. CARHART,                                               Case No. 9:16-bk-06499-FMD

        Debtor.
_____/

ROBERT E. TARDIF, JR., Trustee,                         Adv. Pro. No. 9:17-AP-00505-FMD

        Plaintiff,

v.

KEXIN CARHART                                                  Judge:  Caryl E. Delano

        Defendant.
_____/

AMENDED ANSWER
TO ADVERSARY COMPLAINT

Now comes, the Defendant, Kexin Carhart (Hereinafter the "Defendant") and in Answer to the Trustee's Complaint state as hereinafter follows:

1. The Defendant Admits the allegations of this Paragraph 1

2. The Defendant Admits the allegations of this Paragraph 2.

3. The Defendant Admits the allegations of this Paragraph 3.

4. The Defendant Admits the allegations of this Paragraph 4.

5. The Defendant Admits the allegations of this Paragraph 5.

6. The Defendant Admits the allegations of this Paragraph 6.

7. The Defendant Admits the allegations of this Paragraph 7.

8. The Defendant Admits the allegations of this Paragraph 8.

9. The Defendant Denies the allegations of this Paragraph 9. Furthermore, the Defendant affirmatively states that the Naperville property is subject to two secured interests, to wit: a first mortgage to Bank of America for $460,000.00 and a valid

Illinois judgment lien against the Debtor's one half of the property, in the amount of $333,614.33 that viewed together constitute a dollar amount far in excess of the estimated value of the property of $750,000.00 plus costs of sale and the expenses of preserving the property since the Bankruptcy case was first filed. If the property is sold, the estate would realize nothing, rendering the sale of the Naperville property a useless act.

10. The Defendant Denies the allegations of this Paragraph 10. Furthermore the Defendant restates her affirmative answer to paragraph 9 above.

11. The Defendant admits the allegations of paragraph 11.

Wherefore, the Defendant prays for the entry of a judgment against the Plaintiff Trustee and denying the sale of the Defendant's Illinois Property.

Respectfully Submitted;
Kexin Carhart, Defendant

By: /S/RICHARD J. HOLLANDER
RICHARD J. HOLLANDER
Florida Bar No. 182746

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 and Robert E. Tardif, Jr., Trustee, P.O. Box 2140, Fort Myers, FL 33902, by first class U.S. Mail, postage fully prepaid, or by electronic notice, this 13th day of November, 2017.

MILLER, HOLLANDER and JEDA
Attorneys for Debtors
5278 Golden Gate Pkwy, Ste. 2
Naples, FL 34116
Telephone (239)775-2000
Facsimile (239)775-7953

By: /S/RICHARD J. HOLLANDER
Richard J. Hollander
Florida Bar No. 884900
Melissa H. Jeda
Florida Bar No. 106407