

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/16/2017 10:30 AM

COURTROOM Room 4-117

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:16-bk-06499-FMD | Chapter 7 | 06/22/2017 |

**ADVERSARY:** 9:17-ap-00505-FMD    **Pltf Atty:** Robert E Tardif, Attorney for Trustee

**Dft Atty:** Richard J. Hollander

**DEBTOR:**     Chris E Carhart

**HEARING:**

Tardif, Jr. v. Carhart

*Pretrial Conference
- Amended Answer to Complaint (Related Doc # [1]). Filed by Richard J. Hollander on behalf of Defendant Kexin Carhart. (Hollander, Richard) Doc #13

**APPEARANCES:**: Bob Tardif, Richard Hollander

**WITNESSES:**

**EVIDENCE:**

**RULING:**
*Pretrial Conference - Set for Trial on 2/21/2018 at 1:30 pm O/Case Manager

- Amended Answer to Complaint (Related Doc # [1]). Filed by Richard J. Hollander on behalf of Defendant Kexin Carhart. (Hollander, Richard) Doc #13
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.